UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AFELE L RODRIQUEZ,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

CASE NO. 2:19-cv-00630-BAT

**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

On April 29, 2019, counsel for Plaintiff Afele L. Rodriguez filed a deficient motion for leave to proceed *in forma pauperis* and a complaint for social security disability benefits. Dkt. 1. Counsel for Mr. Rodriquez was originally contacted by Plaintiff's father to file the complaint to preserve his son's rights. Dkt. 4-1, Declaration of Eitan Kassel Yanich. After the complaint was filed, counsel spoke with Plaintiff's father by telephone and was asked to drop the appeal. *Id.*

The deficiency of the motion for leave to proceed *in forma pauperis* was never corrected and the complaint was never served. Accordingly, it is hereby **ORDERED** that Plaintiff's motion to dismiss (Dkt. 4) is **GRANTED**; the motion for leave to proceed *in forma paueris* (Dkt. 1) is **DENIED**; and this matter is dismissed without prejudice.

DATED this 29th day of May, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge